COURT OF APPEALS DOCKET NO. 24-12494-D

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

C.J., *et al.*,

                                          Appellants,

v.

MICHAEL BLAQUIERE, *et al.*,

                                          Appellees.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
SOUTHRN DISTRICT OF GEORGIA
CIVIL ACTION FILE NUMBER 2:22-CV-00078-LGW-BWC

**APPELLEES MICHAEL BLAQUIERE AND DOWNY CASEY'S
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT**

Sun S. Choy
Wesley C. Jackson
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339-5948
(770) 818-0000 – phone
schoy@fmglaw.com
wjackson@fmglaw.com

*Counsel for Appellees*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1 and Eleventh Circuit Rule 26.1-1(a), Appellees Michael Blaquiere and Downy Casey certify that the persons and/or entities listed below have an interest in the outcome of this case.

1. Blaquiere, Michael, Appellee

2. Camden County, Georgia

3. Casey, Downy, Appellee

4. Choy, Sun, Counsel for Appellees

5. Daniels, Harry M., Counsel for Appellant

6. Freeman Mathis & Gary, LLP, law firm representing Appellees

7. Greene, Reginald A., Counsel for Appellant

8. Greene Legal Group LLC, law firm representing Appellants

9. Grunberg, Steven L., Counsel for Appellees

10. Jackson, Wesley C., Counsel for Appellees

11. James, Betty Jean Murphy, Appellant

12. The Law Offices of Harry M. Daniels, LLC, law firm representing Appellants

13. Pacella, Mario A., Counsel for Appellant

14. Proctor, Jim, Camden County Sheriff

15. Sellers, Bakari T., Counsel for Appellant

16. Strom Law Firm, LLC, law firm representing Appellants

17. Travelers, insurer for Camden County

18. Wood, Lisa Godbey, District Court Judge

Respectfully submitted this 10th September, 2024.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wesley C. Jackson*
SUN S. CHOY
Georgia Bar No. 025148
schoy@fmglaw.com
WESLEY C. JACKSON
Georgia Bar No. 336891
wjackson@fmglaw.com

*Counsel for Appellees Michael Blaquiere and Downy Casey*

100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

## CERTIFICATE OF COMPLIANCE

I hereby certify that this filing complies with Federal Rules of Appellate Procedure 32(a)(5) and 32(a)(6) because it was prepared in 14-point Times New Roman font.  See Fed. R. App. R. 27(d)(1)(E); 11th Cir. R. 27-1(a)(10).

Respectfully submitted, this 10th day of September, 2024.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wesley C. Jackson*
Wesley C. Jackson
Georgia Bar No. 336891
wjackson@fmglaw.com

100 Galleria Parkway
Suite 1600
Atlanta, Georgia  30339-5948
(770) 818-0000 (telephone)
(833) 330-3669 (facsimile)

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing **APPELLEES MICHAEL BLAQUIERE AND DOWNY CASEY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record is:

| | |
|---|---|
| Reginald A. Greene, Esq.<br>GREENE LEGAL GROUP LLC<br>One Georgia Center, Suite 605<br>600 West Peachtree Steet, NW<br>Atlanta, Georgia 30308<br>rgreene@greenlegalgroup.com | Mario A. Pacella, Esq.<br>STROM LAW FIRM, LLC<br>600 West Peachtree Steet, Suite 604<br>Atlanta, Georgia 30308<br>mpacella@stromlaw.com |
| Bakari T. Sellers, Esq.<br>STROM LAW FIRM, LLC<br>6923 N. Trenholm Road, Suite 200<br>Columbia, South Carolina 29206<br>bsellers@stromlaw.com | Harry M. Daniels, Esq.<br>THE LAW OFFICES OF HARRY M. DANIELS, LLC<br>4751 Best Road, Suite 490<br>Atlanta, Georgia 30337<br>daniels@harrymdaniels.com |

This 10th day of September, 2024.

**FREEMAN MATHIS & GARY, LLP**

*/s/ Wesley C. Jackson*
Wesley C. Jackson
Georgia Bar No. 336891
wjackson@fmglaw.com

100 Galleria Parkway
Suite 1600

1

Atlanta, Georgia 30339-5948
(770) 818-0000 (telephone)

2